IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ISREAL,

    Plaintiff,

v.

Case No. 2:17-cv-116
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

JUDGE MICHAEL HOLBROOK,
*et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of Plaintiff's Objections (ECF Nos. 12, 13) to the Magistrate Judge's May 16, 2017 Report and Recommendation (Rep. & Rec., ECF No. 8). Plaintiff is proceeding *pro* se. The Magistrate Judge has recommended that this case be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. The Court has reviewed this matter *de novo*, including the arguments presented in Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. (ECF Nos. 12, 13.)

The Court is persuaded by the Magistrate Judge's thorough presentation of the facts and analysis of the law, and concurs that this suit is barred by the doctrine of judicial immunity. "It is well-established that judges of courts of general jurisdiction are immune from liability for their judicial acts.... Except for acts in the 'clear absence' of jurisdiction, judicial immunity is absolute." *Sparks v. Kentucky Character & Fitness Committee*, 818 F.2d 541, 542 (6th Cir. 1987), vacated, 484 U.S. 1022 (1988), aff'd on reconsideration, 859 F.2d 428 (6th Cir. 1988),

citing *Bradley v. Fisher*, 80 U.S. (13 Wall.) 335 (1871). Similarly, Court officers also enjoy absolute immunity from suit on claims arising out of their performance of judicial or quasi-judicial functions. *Foster v. Walsh*, 864 F.2d 416, 418 (6th Cir. 1988); *see also Lyle v. Jackson*, 49 Fed.Appx.492 (6th Cir. 2002)(court clerks entitled to quasi-judicial immunity for alleged failure to provide copies of filing and transcripts).

The Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 8). The Plaintiff's Objections are **OVERRULED** (ECF Nos.12, 13). For the reasons discussed in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED**.

Accordingly, the Court **DIRECTS** the Clerk to **DISMISS** this case and any and all motions pertaining to this case, and remove this matter from the docket.

**IT IS SO ORDERED.**

12-4-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**